UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| KENNETH LEON MCINTYRE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 4:17-CV-63-TAV-SKL |
| F/N/U GRINSTEAD, MICHEAL SHARPE, F/N/U FREEMAN, F/N/U STRANGE, J. KIRK, and F/N/U COLLINS, | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ John L. Medearis
   CLERK OF COURT